

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:          01-17-00608-CR

Trial Court Cause
Number:                15CR1477

Style:                 Gerardo Flores

                       **v** The State of Texas

Date motion filed*:    December 13, 2018

Type of motion:        Motion for Rehearing

Party filing motion:   Appellant

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐ Granted

    If document is to be filed, document due:

    ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
    ☐ Acting individually    ☒ Acting for the Court

Panel consists of:    Chief Justice Radack and Justices Brown and Caughey

Date: 12/20/18